NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT O. IDAHOSA,**

*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**

*Respondent*

---

2025-1770

---

Petition for review of the Merit Systems Protection Board in No. AT-1221-19-0535-W-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination, it is

2                                                        IDAHOSA V. ARMY

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

July 24, 2025
Date

Jarrett B. Perlow
Clerk of Court